UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANK LUCCOLINI, ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 07-1008 AJW |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the decision of the defendant is reversed, and the case is remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: July 31, 2008

/s/ Andrew J. Wistrich
_____
ANDREW J. WISTRICH
United States Magistrate Judge